| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
|   | United States Attorney |
| 2 | BOBBIE J. MONTOYA |
|   | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, CA  95814-2322 |
| 4 | Telephone:  (916) 554-2700 |
|   | Fax:  (916) 554-2900 |
| 5 | DONNA M. MONTAÑO |
|   | Special Assistant U.S. Attorney |
| 6 | 333 Market Street, Suite 1500 |
|   | San Francisco, CA 94105 |
| 7 | Telephone:  (916) 977-8943 |
|   | Fax:  (415) 744-0134 |

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO ESPINOSA, | CASE NO. 2:05-CV-01698-PAN (JFM) |
| Plaintiff, | STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT TO JULY 13, 2006 |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Defendant's time to respond to Plaintiff's motion for summary judgment in the above-referenced case is hereby extended from the present due date of July 6, 2006 to the new response date of July 13, 2006, and that all subsequent due dates under the Court's Scheduling Order shall be extended accordingly.  The extension is needed because Defendant has determined that a further review of the case is necessary.

This is the first extension requested re Defendant's response to Plaintiff's motion for summary judgment.

Stip.& Order Ext. Def.'s Time
2:05-cv-01698-PAN (JFM)

1

The parties further stipulate that Plaintiff's counsel shall return a facsimile of this stipulation bearing his signature for retention by Defendant's counsel, and that Defendant shall e-file this stipulation pursuant to applicable local rules.

DATED: June 29, 2006

DAVID M. SHORE
Attorney at Law
Attorney for Plaintiff

DATED: June 30, 2006

McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
By: /s/ Bobbie J. Montoya for
DONNA M. MONTAÑO
Special Assistant U.S. Attorney
Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

ORDER

APPROVED AND SO ORDERED.

DATED: July 20, 2006.

UNITED STATES MAGISTRATE JUDGE

espinosa.eot.ss

Stip.& Order Ext. Def.'s Time
2:05-cv-01698-PAN (JFM)

**2**