McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700
Fax:  (916) 554-2900
DONNA M. MONTAÑO
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:  (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO ESPINOSA,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CASE NO. **2:05-CV-01698-PAN (JFM)**<br><br>STIPULATION AND ORDER REMANDING THE CASE TO THE COMMISSIONER OF SOCIAL SECURITY AND DIRECTING THE CLERK TO ENTER JUDGMENT |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  On remand, the Administrative Law Judge will be directed to obtain supplemental testimony from a vocational expert to determine whether the claimant, given his residual functional capacity, age, illiteracy and work experience, can perform jobs that exist in significant numbers in the economy.

It is further stipulated that the decision below is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509 U.S. 292,

1  113 S. Ct. 2625 (1993).

2        The parties further stipulate that Plaintiff's counsel shall return a facsimile of this
3  stipulation bearing his signature for retention by Defendant's counsel, and that Defendant shall e-
4  file this stipulation pursuant to applicable local rules.

5  DATED: July 11, 2006            /s/ David M. Shore
                                              DAVID M. SHORE
6                                                Attorney at Law

7                                                Attorney for Plaintiff

8

9  DATED: July 12, 2006            McGREGOR W. SCOTT
                                              United States Attorney
                                              BOBBIE J. MONTOYA
10                                              Assistant U. S. Attorney

11                                              By: /s/ Bobbie J. Montoya for
                                             DONNA M. MONTAÑO
12                                              Special Assistant U. S. Attorney

13                                              Attorneys for Defendant
   OF COUNSEL:
14 LUCILLE GONZALES MEIS
   Chief Counsel, Region IX
15 U.S. Social Security Administration

Espinosa v. Barnhart
Stip & Order of Remand (Sentence 4)
2:05-cv-01698-PAN (JFM)      2

## ORDER

This matter is remanded pursuant to the stipulation of the parties.  The case is dismissed and the Clerk is directed to enter Judgment.

SO ORDERED.

DATED: July 21, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

13
Espinosa.rem.ss.wpd