McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900
DONNA M..MONTANO
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:  (415) 744-0134
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO ESPINOSA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>　Commissioner of<br>　Social Security,<br><br>　　　Defendant. | CASE NO. **2:05-CV-01698-PAN (JFM)**<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of TWO THOUSAND FIVE HUNDRED AND 00/100 DOLLARS ($2,500.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

Payment of the amount specified above shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without

prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

    The parties further stipulate that Plaintiff's counsel shall return to Defendant's counsel, and Defendant's counsel shall retain, a facsimile of this stipulation bearing counsel's signature, and that Defendant shall e-file the document pursuant to applicable local rules.

DATED: July 26, 2006      /s/ David M. Shore
                                  DAVID M. SHORE
                                  Attorney at Law

                                  Attorney for Plaintiff

DATED: July 26, 2006      McGREGOR W. SCOTT
                                  United States Attorney
                                  BOBBIE J. MONTOYA
                                  Assistant U. S. Attorney

                                  By: /s/ Bobbie J. Montoya for
                                  DONNA M. MONTANO
                                  Special Assistant U. S. Attorney

                                  Attorneys for Defendant

OF COUNSEL
LUCILLE GONZALES MEIS
Chief Counsel, Region IX
U.S. Social Security Administration

ESPINOSA v. Barnhart
EAJA Stip & Order
2:05-cv-01698-PAN (JFM)

**2**

ORDER

Counsel for Plaintiff is hereby awarded attorney's fees pursuant to the Equal Access to Justice Act in the amount of $2,500.00, pursuant to the stipulation of the parties.

APPROVED AND SO ORDERED.

DATED: August 21, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

13
Espinosa.eajafees.ss.wpd